## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **CHRIS LUNDIN**, individually, and<br>**MARKETING DYNAMICS, INC.**,<br>individually and derivatively on behalf of<br>**GREENHOUSE INTERNATIONAL, LLC,**<br><br>Plaintiffs,<br><br>v.<br><br>**JON SCHULBERG, SCHULBERG MEDIA<br>WORKS, INC.** and **GREENHOUSE<br>INTERNATIONAL LLC,**<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 04-CV-1492 (SLR)<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED, this 3rd day of March, 2005, by and between the parties

to this action, acting through their undersigned counsel and pursuant to Federal Rule of Civil

Procedure 41(a)(1)(ii), that this action shall be, and it is hereby, DISMISSED WITH

PREJUDICE.

**GORDON FOURNARIS**
    **& MAMMARELLA, P.A.**

*Peter M. Sweeney*  3/3/05
Michael J. Maimone (Del. I.D. No. 3592)
Peter M. Sweeney (Del. I.D. No. 3671)
1925 Lovering Avenue
Wilmington, DE 19806
Tel:  302.652.2900

Attorneys for Defendants

**DUANE MORRIS LLP**

*Matt Neiderman / dsm*
Daniel V. Folt (Del. I.D. No. 3143)
Matt Neiderman (Del. I.D. No. 4018)
Gary W. Lipkin (Del. I.D. No. 4044)
1100 North Market Street, 12th Floor
Wilmington, DE 19801
Tel:  302.657.4927

Attorneys for Plaintiffs

WLM\206143 1